IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
MAR 16 2018
Clerk, U S District Court
District Of Montana
Billings

TONYA L. WHITE,

Plaintiff,

vs.

NANCY A. BERRYHILL, Acting Commissioner of the Social Security Administration,

Defendant.

CV 16-111-BLG-SPW

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

Before the Court are United States Magistrate Judge Timothy Cavan's Findings and Recommendations filed on February 27, 2018. (Doc. 35). Judge Cavan recommends that the Commissioner's decision be REVERSED and this matter be REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for futher proceedings consistent with this opinion.

Pursuant to 28 U.S.C. § 636(b)(1), the parties were required to file written objections within 14 days of the filing of Judge Cavan's Findings and Recommendations. No objections were filed. When neither party objects, this Court reviews Judge Cavan's Findings and Recommendations for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm

1

conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000). After reviewing the Findings and Recommendations, this Court does not find that Judge Cavan committed clear error.

IT IS ORDERED that the proposed Findings and Recommendations entered by United States Magistrate Judge Cavan (Doc. 35) are ADOPTED IN FULL.

IT IS FURTHER ORDERED that the Commissioner's decision is REVERSED and this matter is REMANDED for further proceedings.

DATED this 16th day of March, 2018.

SUSAN P. WATTERS
United States District Judge