IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

JUN 1 8 2018

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| TONYA L. WHITE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | CV 16-111-BLG-SPW<br><br>ORDER |

Before the Court is Tony White's Unopposed Motion for Plaintiff's Attorney Fees under the EAJA. (Doc. 39). Because this motion is unopposed,

IT IS HEREBY ORDERED that Plaintiff is awarded attorney's fees under the Equal Access to Justice Act in the amount of SEVEN-THOUSAND FIVE-HUNDRED DOLLARS and NO CENTS ($7,500.00), as authorized by 28 U.S.C. § 2412(d).

DATED this 18th day of June, 2018.

　　　　　　　　　　　　　　　　/s/ Susan P. Watters
　　　　　　　　　　　　　　　　SUSAN P. WATTERS
　　　　　　　　　　　　　　　　United States District Judge

1